IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RODERICK L. REESE,<br>　　Petitioner, | §<br>§<br>§ | |
| V. | § | Civ. No. CC-08-113 |
| | § | |
| NATHANIEL QUARTERMAN<br>　　Respondent | §<br>§<br>§ | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATIONS AND DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*

Pending before the Court is petitioner's complaint and Motion to Proceed *in Forma Pauperis*. (D.E. 9) The Magistrate Judge issued her Memorandum and Recommendation on May 30, 2008 recommending denial of petitioner's motion. (D.E. 10) Petitioner filed no objections and subsequently paid the filing fee.

Accordingly, petitioner's Motion is DENIED as moot.

So ORDERED this 30 day of Aug, 2008.

_____
HAYDEN HEAD
CHIEF JUDGE